IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHERRY COOK, individually and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>Defendant. | ) | CIVIL ACTION NUMBER<br><br>1:16-cv-04186-MHC-LTW |

**<u>LR 26.3 CERTIFICIATE OF SERVICE OF DISCOVERY</u>**

Pursuant to Local Rule 26.3, Plaintiff's counsel hereby certifies that a copy of Plaintiff's First Requests for Production of Documents to Defendant was served upon counsel for Defendant on April 14, 2017, via hand-delivery at Plaintiff's counsel's office addressed to:

Leslie K. Eason, Esq.
Kimberly C. Sheridan, Esq.
Gordon & Rees, LLP
3455 Peachtree Road, Suite 1500
Atlanta, Georgia 30326

This 14th day of April, 2017.

By: s/Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905
Attorney for Plaintiff

THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651
Facsimile: (404) 549-4654
E-mail: SHKoval@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing LR 26.3 Certificate of Discovery by electronically filing this document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to Defendant's attorneys of record as follows:

Leslie K. Eason, Esq.

Kimberly C. Sheridan, Esq.

This 14th day of April, 2014.

By: s/Steven H. Koval
Steven H. Koval
Georgia Bar No. 428905
Attorney for Plaintiff

THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651
Facsimile: (404) 549-4654